# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCOS MARTINEZ and | ) | |
| STEPHANIE MARTINEZ, on behalf of | ) | |
| herself and her minor children, A.M.M., | ) | |
| A.I.M., and E.A.M., | ) | |
| | ) | |
| Plaintiffs; | ) | |
| | ) | |
| v. | ) | CIV. A. NO. 1:18-cv-354-HSO-JCG |
| | ) | |
| HANCOCK COUNTY, MISSISSIPPI, | ) | |
| MILTON ARIC LATSCHAR, in his | ) | |
| individual capacity, ABE LONG, in his | ) | |
| individual capacity, WILLIAM | ) | |
| COVINGTON, in his individual capacity, | ) | |
| REGINALD FOWLER, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs and Defendants jointly stipulate to dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties have reached a settlement in this matter.

Respectfully submitted,

/s/ Gillian Gillers
Gillian B. Gillers*
GA Bar No. 311522
150 East Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404-521-6700 (phone)
404-221-5857 (fax)
gillian.gillers@splcenter.org
*Admitted Pro Hac Vice*

/s/ Caitlin J. Sandley
Caitlin J. Sandley
AL Bar No. 5317-S48R
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 956-8471 (phone)
(334) 956-8481 (fax)
cj.sandley@splcenter.org
*Admitted Pro Hac Vice*

/s/ Elissa Johnson
Elissa Johnson
Mississippi Bar No. 103852
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)
elissa.johnson@splcenter.org

/s/ Robert B. McDuff
Robert B. McDuff
Mississippi Bar No. 2532
767 North Congress Street
Jackson, Mississippi  39202
(601) 969-0802 (phone)
(601) 969-0804 (fax)
rbm@mcdufflaw.com

/s/ William Robert Allen
William Robert Allen
Miss. Bar No. 100541
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
P.O. Box 751
214 Justice Street (39601)
Brookhaven, MS 39602-0751
(601) 833-4361 (phone)
(601) 833-6647 (fax)
will.allen@aabalegal.com

/s/ Katelyn A. Riley
Katelyn A. Riley
Miss. Bar No. 105115
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
P.O. Box 751
214 Justice Street (39601)
Brookhaven, MS 39602-0751
(601) 833-4361 (phone)
(601) 833-6647 (fax)
kriley@aabalegal.com

*Counsel for Defendants*

2

/s/ Beth Orlansky
Beth Orlansky
Mississippi Bar No. 3938
Mississippi Center for Justice
5 Old River Place, Suite 203
P.O. Box 1023
Jackson, MS 39215-1023
(601) 352-2269 (phone)
(601) 352-4769 (fax)
borlansky@mscenterforjustice.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide service to the following:

William Robert Allen
Katelyn Riley
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
P.O. Box 751
214 Justice Street (39601)
Brookhaven, MS 39602-0751
(601) 833-4361 (phone)
(601) 833-6647 (fax)
will.allen@aabalegal.com
kriley@aabalegal.com

 /s/ Gillian Gillers